Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

FELISSA ANN DAVIS

    v.

NIAGARA FALLS POLICE
DEPARTMENT and CITY OF NIAGARA FALLS

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-636

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Complaint is Dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b).


Date: January 27, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
    Deputy Clerk